# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SOUNG, TOU § Case No. 11-18637
SOUNG, ONG §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 08/22/2013 in Courtroom 240,

United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
SOUNG, TOU                          §      Case No. 11-18637
SOUNG, ONG                          §
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 18,845.90 |
| and approved disbursements of | $ | 474.62 |
| leaving a balance on hand of[1] | $ | 18,371.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,320.01 | $ 0.00 | $ 1,320.01 |
| Other: International Surities, Ltd. | $ 19.74 | $ 19.74 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,320.01 |
| Remaining Balance | | $ | 17,051.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,885.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Armor Systems Co | $ 212.68 | $ 0.00 | $ 212.68 |
| 2 | Chase Bank USA NA | $ 1,636.72 | $ 0.00 | $ 1,636.72 |
| 3 | Lincoln Financial Group | $ 2,036.27 | $ 0.00 | $ 2,036.27 |

Total to be paid to timely general unsecured creditors      $   3,885.67

Remaining Balance      $   13,165.60

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 19.81 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 13,145.79 .

Prepared By: /s/ Thomas E. Springer
　　　　　　　　　　　　　　　　　Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-18637-CAD
Tou Soung                                                           Chapter 7
Ong Soung
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: wepps              Page 1 of 2               Date Rcvd: Jul 30, 2013
                                Form ID: pdf006          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2013.
db/jdb     +Tou Soung,   Ong Soung,   1067 Lorlyn Circle Apt 2C,   Batavia, IL 60510-1739
17216463   +Abn Amro Mortgage Grou,   Po Box 9438,   Gaithersburg, MD 20898-9438
17216465   +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
17905531    Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
17216466   +First Revenue,   4500 Cherry Creek Dr South,   Denver, CO 80246-1533
17216467   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
20069273   +Lincoln Financial Group,   Stuart Allan & Associates Inc,   5447 E 5th Street, Ste 110,
             Tucson, AZ 85711-2345
17216468   +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
17216469   +Stuart Allan, VP,   Lincoln Financial Group,   One Commerce Square,   Philadelphia, PA 19103-1415
17216470    Valley Imaging Consultants LLC,   6910 S. Madison St.,   Willowbrook, IL 60527-5504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17216464     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jul 31 2013 01:55:30     Armor Systems Co,   1700 Kiefer Dr,
               Suite 1,   Zion, IL 60099-5105
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2013**               **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: wepps               Page 2 of 2                  Date Rcvd: Jul 30, 2013
                              Form ID: pdf006           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2013 at the address(es) listed below:

        Derrick B Hager    on behalf of Joint Debtor Ong  Soung dirkhager@sbcglobal.net
        Derrick B Hager    on behalf of Debtor Tou  Soung dirkhager@sbcglobal.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com, jkrafcisin@springerbrown.com
        Thomas E Springer     tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com

        TOTAL: 5

Case 11-18637    Doc 37    Filed 07/30/13    Entered 08/01/13 23:45:15    Desc Imaged
Certificate of Notice    Page 6 of 6