UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                            §
                                  §
                                  §
SOUNG, TOU                        §    Case No. 11-18637
SOUNG, ONG                        §
                                  §
                                  §
         Debtor(s)                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| TOU SOUNG |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURITIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abn Amro Mortgage Grou Po Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | First Revenue 4500 Cherry Creek Dr South Denver, CO 80239 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stuart Allan 5447 E 5th St Tucson, AZ 85711 | | | | | |
| | Valley Imaging Consultants LLC 6910 S. Madison St. Willowbrook, IL 60527-5504 | | | | | |
| 1 | Armor Systems Co | | | | | |
| 2 | Chase Bank Usa Na | | | | | |
| 3 | Lincoln Financial Group | | | | | |
| | Armor Systems Co | | | | | |
| | Chase Bank Usa Na | | | | | |
| | Lincoln Financial Group | | | | | |
| | SOUNG, TOU | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-18637 | CAD | Judge: Carol A. Doyle | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | SOUNG, TOU | | | Date Filed (f) or Converted (c): | 04/30/11 (f) |
| | SOUNG, ONG | | | 341(a) Meeting Date: | 06/14/11 |
| For Period Ending: | 04/15/14 | | | Claims Bar Date: | 10/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. on persons | 100.00 | 0.00 | | 0.00 | FA |
| 2. Earth Mover Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third Bank | 770.00 | 0.00 | | 0.00 | FA |
| 4. Fifth Third Savings | 24.00 | 0.00 | | 0.00 | FA |
| 5. residential lease | 914.00 | 0.00 | | 0.00 | FA |
| 6. typical household furniture & electronics | 700.00 | 0.00 | | 0.00 | FA |
| 7. necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8. misc costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 9. Fifth Third Bank IRA | 15,401.00 | 0.00 | | 0.00 | FA |
| 10. 1997 Accura Integra, 167,000 miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. 2003 Mitsubishi Eclipse SGT, 120,000 miles | 3,400.00 | 0.00 | | 0.00 | FA |
| 12. Proceeds from life insurance payout | 25,000.00 | 18,844.00 | | 18,844.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.90 | Unknown |
| TOTALS (Excluding Unknown Values) | $47,859.00 | $18,844.00 | | $18,845.90 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has been talking with the mortgage company re: filing a prroof of claim for the deficiency balance as Citibank
purchased original mortgage company, Abn Mortgage, which is where original notice of bankruptcy filing was sent.
Upon filing of claim by Citimortgage, Trsutee will file Final Report

Initial Projected Date of Final Report (TFR): 03/15/12     Current Projected Date of Final Report (TFR): 05/15/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-18637 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SOUNG, TOU | | Bank Name: | ASSOCIATED BANK |
| | SOUNG, ONG | | Account Number / CD #: | *******9411 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0929 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 18,570.08 | | 18,570.08 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.30 | 18,559.78 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.83 | 18,547.95 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.43 | 18,536.52 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.81 | 18,524.71 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.54 | 18,497.17 |
| 02/26/13 | 100000 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | | 2300-000 | | 19.74 | 18,477.43 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.84 | 18,452.59 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.45 | 18,425.14 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.51 | 18,398.63 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.35 | 18,371.28 |
| 08/30/13 | 100001 | THOMAS E. SPRINGER, TRUSTEE 400 S. County Farm Road Suite 330 Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 1,320.01 | 17,051.27 |
| 08/30/13 | 100002 | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | Claim 1, Payment 100.11755% | | | 212.93 | 16,838.34 |
| | | | Claim 212.68 | 7100-000 | | | |
| | | | Interest 0.25 | 7990-000 | | | |
| 08/30/13 | 100003 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Claim 2, Payment 100.11609% | | | 1,638.62 | 15,199.72 |
| | | | Claim 1,636.72 | 7100-000 | | | |
| | | | Page Subtotals | | 18,570.08 | 3,370.36 | |

Ver: 17.05c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-18637 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SOUNG, TOU | Bank Name: | ASSOCIATED BANK |
|  | SOUNG, ONG | Account Number / CD #: | *******9411 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0929 |  |  |
| For Period Ending: | 04/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| 08/30/13 | 100004 | Lincoln Financial Group<br>Stuart Allan & Associates Inc<br>5447 E 5th Street, Ste 110<br>Tucson, AZ 85711 | Interest<br>Claim 3, Payment 100.11639%<br><br>Claim<br>Interest | 1.90<br><br><br>2,036.27<br>2.37 | 7990-000<br><br><br>7100-000<br>7990-000 |  | 2,038.64 | 13,161.08 |
| 08/30/13 | 100005 | TOU SOUNG<br>1067 LORLYN CIRCLE APT 2C<br>BATAVIA, IL  60510 | Surplus Funds<br><br>Claim<br>Interest | <br><br>13,145.79<br>15.29 | <br><br>8200-002<br>7990-000 |  | 13,161.08 | 0.00 |

|  |  |  | COLUMN TOTALS | 18,570.08 | 18,570.08 | 0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers/CD's | 18,570.08 | 0.00 |  |
|  |  |  | Subtotal | 0.00 | 18,570.08 |  |
|  |  |  | Less: Payments to Debtors |  | 13,161.08 |  |
|  |  |  | Net | 0.00 | 5,409.00 |  |

Page Subtotals    0.00    15,199.72

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 11-18637 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SOUNG, TOU | | Bank Name: | BANK OF AMERICA |
| | SOUNG, ONG | | Account Number / CD #: | *******1008  MONEY MARKET |
| Taxpayer ID No: | *******0929 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/18/11 | 12 | Tou Soung (Debtor) | Insurance Proceeds per Court Order | 1129-000 | 18,844.00 | | 18,844.00 |
| 08/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 18,844.05 |
| 09/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,844.20 |
| 10/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,844.36 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.01 | 18,820.35 |
| 11/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,820.50 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 23.20 | 18,797.30 |
| 12/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,797.45 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 23.17 | 18,774.28 |
| 01/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,774.44 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.62 | 18,749.82 |
| 02/15/12 | 000100 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 18.66 | 18,731.16 |
| 02/29/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,731.31 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 22.28 | 18,709.03 |
| 03/30/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,709.18 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 23.00 | 18,686.18 |
| 04/30/12 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 18,686.34 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 23.74 | 18,662.60 |
| 05/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,662.76 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 23.71 | 18,639.05 |
| 06/29/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,639.20 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 22.15 | 18,617.05 |
| 07/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,617.21 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.42 | 18,592.79 |
| 08/31/12 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 18,592.94 |

Page Subtotals   18,845.90   252.96

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-18637 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SOUNG, TOU | Bank Name: | BANK OF AMERICA |
| | SOUNG, ONG | Account Number / CD #: | *******1008  MONEY MARKET |
| Taxpayer ID No: | *******0929 | | |
| For Period Ending: | 04/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 22.86 | 18,570.08 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 18,570.08 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 18,845.90 | 18,845.90 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 18,570.08 | |
| Subtotal | | 18,845.90 | 275.82 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 18,845.90 | 275.82 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - ********9411 | 0.00 | 5,409.00 | 0.00 |
| MONEY MARKET - ********1008 | 18,845.90 | 275.82 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 18,845.90 | 5,684.82 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  18,592.94

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*